**LAW OFFICE OF**
**FRANCIS J. FLYNN, JR.**
Francis J Flynn, Jr., SBN 304712
casey@lawofficeflynn.com
422 S. Curson Avenue
Los Angeles, California 90036
Tele: 314-662-2836

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis*
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

\* Admitted *pro hac vice*

**ATTORNEY FOR PLAINTIFF**
**AND THE PROPOSED CLASS**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN BAKER ORANGE on behalf of himself and all others similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**RING LLC and AMAZON.COM, INC.**<br><br>**Defendant** | **CASE NO. 2:19-cv-10899-MWF-RAO**<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT AMAZON.COM, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) WITHOUT PREJUDICE WITH EACH PARTY TO BEAR THEIR OWN COSTS**<br><br>**JURY TRIAL DEMANDED** |

- 1 -     NOTICE OF DISMISSAL WITHOUT PREJUDICE

113936v1

COMES NOW, Plaintiff, John Baker Orange ("Plaintiff"), by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files Plaintiff's Notice of Voluntary Dismissal of John Baker Orange's Claims Against Amazon.com, Inc. ("Defendant Amazon") Pursuant to 41(a)(1)(A)(i) Without Prejudice with Each Party to Bear Its Own Costs and hereby dismisses each of Plaintiff's claims against Defendant Amazon.com, Inc., **without prejudice, with each party to bear its own costs**.

Defendant Amazon has not filed an answer in this case and has not filed a motion for summary judgment. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit.  A receiver has not been appointed in this case. This case is not governed by any federal statute that requires a court order for dismissal.

Accordingly, Plaintiff John Baker Orange, hereby dismisses each of Plaintiff John Baker Orange's causes of action against Defendant Amazon.com, Inc. **without prejudice, with each party to bear its own costs.  This dismissal does not affect any other Defendant in this multi-defendant case.**

Dated: January 9, 2020

By: /s/ Francis J. "Casey" Flynn, Jr.
LAW OFFICE OF FRANCIS J. FLYNN, JR.
Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
422 South Curson Avenue
Los Angeles, CA 90036
Telephone: (314) 662-2836

-2-                    NOTICE OF DISMISSAL AS TO
AMAZON.COM, INC. WITHOUT
PREJUDICE

Email: casey@lawofficeflynn.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis*
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**ATTORNEY FOR PLAINTIFF**

NOTICE OF DISMISSAL AS TO AMAZON.COM, INC. WITHOUT PREJUDICE