**JS-6: CV 20-74; CV 20-1034; CV 20-1168**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAKER ORANGE, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br>v.<br><br>RING LLC,<br>                    Defendant. | Case No.: 2:19-cv-10899-MWF-RAO |
| ASHLEY LEMAY, DYLAN BLAKELEY, TODD CRAIG, AND TANIA AMADOR, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br>v.<br><br>RING LLC,<br>                    Defendant. | Case No.2:20-cv-00074 MWF-RAO |
| JOHN AND JENNIFER POLITI, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br>v.<br><br>RING LLC,<br>                    Defendant. | Case No.: 2:20-cv-01034-AB-KS |

BRANDON HAGAN,
individually and on behalf of all others
similarly situated,

     Plaintiff,

v.

RING LLC,

     Defendant.

Case No.: 2:20-cv-01168-SVW-JPR

## **ORDER GRANTING STIPULATION TO CONSOLIDATE ACTIONS AND SET SCHEDULING DEADLINES**

There are currently four (4) related proposed class actions pending in the U.S. District Court for the Central District of California alleging that Defendant Ring LLC ("Ring") failed to, *inter alia*, protect its customers' accounts and security cameras from unauthorized access by third parties. These cases include *Orange v. Ring LLC*, Case No. 2:19-cv-10899-MWF-RAO ("*Orange*"), filed December 26, 2019 and pending before this Court; *LeMay et al. v. Ring LLC*, Case No. 2:20-cv-00074-MWF-RAO ("*LeMay*"), filed January 3, 2020 and pending before this Court; *Politi et al. v. Ring LLC*, Case No. 2:20-cv-01034-AB-KS ("*Politi*"), filed January 21, 2020 and pending before the Honorable Andre Birotte Jr.; and *Hagan v. Ring LLC*, Case No. 2:20-cv-01168-SVW-JPR ("*Hagan*"), filed February 5, 2020 and pending before the Honorable Stephen V. Wilson (together, the "Related Actions").

On February 11, 2020, Plaintiffs in the Related Actions ("Plaintiffs") and Ring filed a stipulation seeking to consolidate the Related Actions and set scheduling deadlines. For good cause shown, the Court grants the stipulation and orders as follows:

1. The *Orange*, *LeMay*, *Politi*, and *Hagan* actions currently pending in this District and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before this Court (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 0:19-cv-10899-MWF-RAO, the number assigned to the first-filed case, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: RING LLC PRIVACY LITIGATION*<br><br>This Document Relates To:<br><br>_____/ | Master File No.: CV 19-10899 MWF (RAOx) |

3. The case file for the Consolidated Action will be maintained under Master File No.: 0:19-cv-10899-MWF-RAO. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "CV 19-10899 MWF (RAOx) (LeMay)."

4. Any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall file a Notice of Related Action pursuant to C.D. Cal. L.R. 83-1.3 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

5. Ring does not waive its right to enforce the Terms of Service and to oppose consolidation or any representative action in this or any other forum, and to oppose class certification or the appointment of regular class counsel on any grounds, including adequacy of representation under Fed. R. Civ. P 23(a) and (g).

6. Initial deadlines for the Consolidated Action are as follows:

    a. Any attorney who has filed an action in this litigation may file an application for appointment as interim class counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications must be e-filed in the Master File No. 0:19-cv-10899-MWF-RAO, no later than 5 p.m. Pacific Time, seven (7) calendar days from the date of this Order. Each attorney's application shall not exceed five pages double-spaced addressing the factors set forth in Rule 23(g) and may include a resume no longer than three pages. Counsel may file a two-page response (including any attachments) no later than 5 p.m. Pacific Time, three (3) business days from the filing deadline of the initial applications. The Court may hold a hearing on the applications or

appoint interim counsel or other designated counsel based on timely written submissions only;

b. Plaintiffs shall file a Consolidated Complaint no later than thirty (30) days following entry of an order appointing interim class counsel or other designated counsel;

c. Defendant shall file a responsive pleading no later than thirty (30) days following the filing of the Consolidated Complaint; and

d. The Parties shall file a Joint Report Pursuant to Fed. R. Civ. P. 26(f) no later than forty-five (45) days following the filing of the Consolidated Complaint.

7. Following submission of the Parties' Joint Report pursuant to Fed. R. Civ. P. 26(f), the Court will hold an Initial Scheduling Conference at First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, at a date and time when the Court has availability.

IT IS SO ORDERED.

Dated: February 11, 2020

_____
Michael W. Fitzgerald
United States District Judge