# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

✓ **WESTERN DIVISION**

| | |
|---|---|
| Catherine Foster, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>Ring, LLC, a Delaware limited liability corporation,<br><br>          Defendant. | CV 19-10899-MWF(RAOx) ✓<br>Case No. 2:21-cv-02175-MWF-RAO<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CONSOLIDATION** |

**ORDER**

The Court, having considered the parties' joint stipulation and good cause having been shown, it is hereby ORDERED that:

1.     This action will be consolidated for pre-trial purposes pursuant to paragraph 4 of the Court's Order Granting Stipulation to Consolidate actions and Set Scheduling Deadlines, *In re Ring LLC Privacy Litigation*, Case No. 2:19-cv-10899-MWF-RAO, D.I. 19.

2.     Plaintiff Catherine Foster will serve the Complaint on April 9, 2021 to allow for a 30-day notice period under Massachusetts General Law Chapter 93A. The parties expressly reserve their rights and defenses related to service of Complaint.

3.     Defendant Ring LLC will file supplemental opening brief addressing named Plaintiff Catherine Foster by March 24, 2021, not to exceed two pages. Plaintiff Catherine Foster will file a supplemental opposition not to exceed five pages by March 26, 2021.

4.     Ring LLC does not waive its right to enforce the Terms of Service and to oppose consolidation or any representative action in this or any other forum, and to oppose class certification or the appointment of regular class counsel on any grounds, including the adequacy of representation under Fed. R. Civ. P. 23(a) and (g).

**IT IS SO ORDERED**.

Dated:  March 23, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

2

**ORDER**