Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Ashley M. Artmann, State Bar No. 319374
aartmann@hueston.com
Joseph W. Crusham, State Bar No. 324764
jcrusham@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

*Attorneys for Defendant Ring LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: RING LLC PRIVACY LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No.: 2:19-cv-10899-MWF(RAOx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON RING'S MOTION TO STAY AND TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>Hon. Michael W. Fitzgerald, presiding |
|---|---|

1  Plaintiffs A.L., B.B., R.M., A.M., M.M., C.T., C.T., J.B., T.S., S.S., J.P., J.P.,
2  and Phyllis McKiernan ("the Non-Purchaser Plaintiffs") and Defendant Ring LLC
3  ("Ring") (together, the "Parties"), by and through their respective counsel of record,
4  hereby stipulate to the following:

5      1.    WHEREAS, the Non-Purchaser Plaintiffs and other named plaintiffs filed
6  their Consolidated Class Action Complaint on December 17, 2020;

7      2.    WHEREAS, the Court ordered the plaintiffs named in the Consolidated
8  Class Action Complaint, other than the Non-Purchaser Plaintiffs, to arbitrate their
9  claims asserted in this action against Ring on June 24, 2021;

10     3.    WHEREAS, Ring filed a Notice of Appeal to the Court's Order denying
11 its motion to compel arbitration of the Non-Purchaser Plaintiffs' claims on July 19,
12 2021 (ECF No. 117);

13     4.    WHEREAS, Ring filed a Notice of Motion and Motion to Stay
14 Proceedings pending its appeal and pending resolution the Non-Purchaser Plaintiffs'
15 parents' and guardians' arbitrations on July 19, 2021 (ECF No. 120), which is currently
16 set for hearing on August 16, 2021;

17     5.    WHEREAS, the Parties have agreed to an extended briefing schedule to
18 provide the parties adequate time to prepare their opposition and reply briefs for Ring's
19 Motion to Stay Proceedings, as follows:

| Brief | Current Deadline | Stipulated Deadline |
|---|---|---|
| Opposition | July 26, 2021 | August 2, 2021 |
| Reply | August 2, 2021 | August 16, 2021 |
| Hearing | August 16, 2021 | August 30, 2021 |

24     6.    WHEREAS, the Court previously granted the Parties' joint stipulation to
25 extend the deadline for Ring to respond to the Consolidated Class Action Complaint
26 from July 8, 2021 to July 22, 2021;

27     7.    WHEREAS, Ring anticipates filing a Motion to Dismiss the Consolidated
28 Class Action Complaint;

8.     WHEREAS, the parties have agreed to a brief 11-day extension of Ring's deadline to respond to the Consolidated Class Action Complaint and an extended briefing schedule on Ring's Motion to Dismiss, in order to accommodate the Parties' schedules and provide adequate time for briefing Ring's Motion to Stay and Motion to Dismiss, as follows:

| Brief | Current Deadline | Stipulated Deadline |
|---|---|---|
| Motion to Dismiss or Responsive Pleading | July 22, 2021 | August 2, 2021 |
| Opposition | n/a | August 23, 2021 |
| Reply | n/a | September 13, 2021 |
| Hearing | n/a | September 27, 2021 |

9.     WHEREAS, this extension is sought in good faith and not for purposes of obstruction or delay.

NOW, THEREFORE, subject to the approval of the Court, the Parties agree and stipulate, subject to the Court's continued availability, approval, and convenience, that the hearing on Ring's Motion to Stay shall be continued until **August 30, 2021 at 10:00 a.m.**, and that the deadline for Ring to respond to the Consolidated Class Action Complaint shall be extended to **August 2, 2021**.

Dated: July 20, 2021                                    Respectfully submitted,

*/s/ Hassan A. Zavareei*
Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Bradley K. King (SBN 274399)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
(310) 474-9111; Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

rjohnson@ahdootwolfson.com

Daniel S. Robinson (SBN 244245)
Michael Olson (SBN 312857)
Wesley K. Polischuk (SBN 254121)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
drobinson@robinsonfirm.com
molson@robinsonfirm.com
wpolischuk@robinsonfirm.com

Hassan A. Zavareei (SBN 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

*Attorneys for Plaintiffs*

 */s/ Moez M. Kaba*
Moez M. Kaba, SBN 257456
Joseph A. Reiter, SBN 294976
Ashley M. Artmann, SBN 319374
Joseph W. Crusham, SBN 324764
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898
mkaba@hueston.com
jreiter@hueston.com
aartmann@hueston.com
jcrusham@hueston.com

*Attorneys for Defendant Ring LLC*

    Pursuant to Local Rule 5-4.3.4, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

- 4 -

## CERTIFICATE OF SERVICE

I, Moez M. Kaba, hereby certify that on July 20, 2021, I caused a true and correct copy of the foregoing to be served by electronic means on all counsel of record.

                                        */s/ Moez M. Kaba*
                                        Moez M. Kaba