Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100
*siegel@stuevesiegel.com*
*moore@stuevesiegel.com*

*Counsel for Plaintiffs Ashley Norris,*
*Jacob Norris, and Brandon Hagan*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Ring LLC Privacy Litigation*<br><br>This document relates to all cases | Case No. 2:19-cv-10899-MWF-RAO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS ASHLEY NORRIS, JACOB NORRIS, AND BRANDON HAGAN**<br><br>Judge: Hon. Michael W. Fitzgerald |

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jacob Norris, Ashley Norris, and Brandon Hagan and Defendant Ring, LLC, through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of Plaintiffs Jacob Norris, Ashley Norris, and Brandon Hagan's claims against Ring LLC in the above-captioned lawsuit. The parties further stipulate that, as it pertains to Plaintiffs Jacob Norris, Ashley Norris, and Brandon Hagan, each party shall bear their own attorneys' fees and costs.

Dated: March 15, 2022                    Respectfully submitted,

                                         */s/ Norman E. Siegel*
                                         Norman E. Siegel (*pro hac vice*)
                                         J. Austin Moore (*pro hac vice*)
                                         **STUEVE SIEGEL HANSON LLP**
                                         460 Nichols Road, Suite 200
                                         Kansas City, Missouri 64112
                                         (816) 714-7100
                                         siegel@stuevesiegel.com
                                         moore@stuevesiegel.com

                                         *Counsel for Plaintiffs Ashley Norris, Jacob Norris, and Brandon Hagan*

                                                 *and*

                                         */s/ Moez M. Kaba*
                                         Moez M. Kaba, Esq., State Bar No. 257456
                                         **HUESTON HENNIGAN LLP**
                                         523 West 6th Street, Suite 400
                                         Los Angeles, CA 90014
                                         213-788-4340

                                         *Counsel for Defendant*

2