Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100
*siegel@stuevesiegel.com*
*moore@stuevesiegel.com*

*Counsel for Plaintiffs Maureen Butler,*
*James Butler, and B.B.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ring LLC Privacy Litigation* | Case No. 2:19-cv-10899-MWF-RAO |
| This document relates to all cases | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS MAUREEN BUTLER, JAMES BUTLER, PHYLLIS MCKIERNAN, AND B.B.** |
| | Judge: Hon. Michael W. Fitzgerald |

Plaintiffs Maureen and James Butler assert claims against Defendant Ring LLC individually and as guardians for Phyllis McKiernan and their son, B.B., in the above-captioned lawsuit. As of April 20, 2022, B.B. is no longer a minor child and Ms. McKiernan is deceased.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Maureen Butler, James Butler, B.B., and Defendant Ring LLC, through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of the claims of Plaintiffs Maureen Butler, James Butler, Phyllis McKiernan, and B.B. against Defendant Ring LLC in the above-captioned lawsuit. The parties further stipulate that, as it pertains to the above-referenced plaintiffs, each party shall bear their own attorneys' fees and costs.

Dated: April 20, 2022                    Respectfully submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

*Counsel for Plaintiffs Maureen Butler, James Butler, and B.B.*

*/s/ Moez M. Kaba*
Moez M. Kaba, Esq., State Bar No. 257456
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
213-788-4340

*Counsel for Defendant Ring LLC*