Hassan A. Zavareei (SBN 181547)
Dia Rasinariu (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
*hzavareei@tzlegal.com*
*drasniariu@gmail.com*

Daniel S. Robinson (SBN 244245)
Michael Olson (SBN 312857)
Wesley K. Polischuk (SBN 254121)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
*drobinson@robinsonfirm.com*
*wpolischuk@robinsonfirm.com*
*molson@robinsonfirm.com*

*Counsel for Petitioner A.L.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | Case No. 2:19-cv-10899-MWF-RAO |
| *In re Ring LLC Privacy Litigation*<br><br>This document relates to: LeMay | **PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT** |

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT

Petitioner states as follows:

1.      Petitioner A.L. is a minor born July 26, 2011.

2.      Ashley LeMay is the parent of Petitioner A.L. and no previous petition for appointment of guardian ad litem has been filed in this matter.

3.      Ashley LeMay is a competent and responsible person, and fully competent to act as guardian ad litem.

4.      Petitioner and Defendant have reached a settlement in this matter. Petitioner agrees to the terms of the settlement agreement.

5.      Out of an abundance of caution, the parties stipulate that having a guardian ad litem appointed to approve of and sign the settlement agreement is in the best interest of justice in bringing this matter to a full and final resolution.

6.      Petitioner proposes Ashley LeMay, A.L.'s mother, be appointed as guardian ad litem for Petitioner, as appears by her consent below. Ashley LeMay will act as a disinterested guardian ad litem for Petitioner, and is committed to representing the interests of Petitioner to the best of her ability.

7.      Ashley LeMay is A.L.'s legal guardian and has care, custody, and control over A.L.

WHEREFORE, Petitioner moves this Court for an order appointing Ashley LeMay as guardian ad litem for Petitioner for all settlement purposes including, but not limited to, approving and executing the settlement agreement and release in this matter.

Dated: May 3, 2022              _/s/ Hassan A. Zavareei_____

Hassan A. Zavareei (SBN 181547)
Dia Rasinariu (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com

1

2    Daniel S. Robinson (SBN 244245)
3    Michael Olson (SBN 312857)
     Wesley K. Polischuk (SBN 254121)
4    **ROBINSON CALCAGNIE, INC.**
5    19 Corporate Plaza Drive
     Newport Beach, CA 92660
6    (949) 720-1288; Fax: (949) 720-1292
7    drobinson@robinsonfirm.com
     molson@robinsonfirm.com
8    wpolischuk@robinsonfirm.com

9

10

11

12   Dated: May 3rd, 2022

13   Ashley LeMay
     Proposed Guardian ad Litem

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: May 3, 2022          */s/ Hassan A. Zavareei*
                            Hassan A. Zavareei

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT