Hassan A. Zavareei (SBN 181547)
Dia Rasinariu (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
hzavareei@tzlegal.com
drasniariu@gmail.com

Daniel S. Robinson (SBN 244245)
Michael Olson (SBN 312857)
Wesley K. Polischuk (SBN 254121)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
drobinson@robinsonfirm.com
wpolischuk@robinsonfirm.com
molson@robinsonfirm.com

*Counsel for Petitioner M.M.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ring LLC Privacy Litigation*<br><br>This document relates to: Mako | Case No. 2:19-cv-10899-MWF-RAO<br><br>**PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT** |

Petitioner states as follows:

1. Petitioner M.M. is a minor born October 3, 2008.

2. Angela Mako is the parent of Petitioner M.M. and no previous petition for appointment of guardian ad litem has been filed in this matter.

3. Angela Mako is a competent and responsible person, and fully competent to act as guardian ad litem.

4. Petitioner and Defendant have reached a settlement in this matter. Petitioner agrees to the terms of the settlement agreement.

5. Out of an abundance of caution, the parties stipulate that having a guardian ad litem appointed to approve of and sign the settlement agreement is in the best interest of justice in bringing this matter to a full and final resolution.

6. Petitioner proposes Angela Mako, M.M.'s mother, be appointed as guardian ad litem for Petitioner, as appears by her consent below. Angela Mako will act as a disinterested guardian ad litem for Petitioner, and is committed to representing the interests of Petitioner to the best of her ability.

7. Angela Mako has sole legal custody and primary parental responsibility over M.M.

WHEREFORE, Petitioner moves this Court for an order appointing Angela Mako as guardian ad litem for Petitioner for all settlement purposes including, but not limited to, approving and executing the settlement agreement and release in this matter.

Dated: May 3, 2022                    */s/ Hassan A. Zavareei*

Hassan A. Zavareei (SBN 181547)
Dia Rasinariu (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com

|   |   |
|---|---|
| 1 | |
| 2 | Daniel S. Robinson (SBN 244245) |
| 3 | Michael Olson (SBN 312857) |
|   | Wesley K. Polischuk (SBN 254121) |
| 4 | **ROBINSON CALCAGNIE, INC.** |
| 5 | 19 Corporate Plaza Drive |
|   | Newport Beach, CA 92660 |
| 6 | (949) 720-1288; Fax: (949) 720-1292 |
| 7 | drobinson@robinsonfirm.com |
|   | molson@robinsonfirm.com |
| 8 | wpolischuk@robinsonfirm.com |

Dated: May 2, 2022

_[signature]_

Angela Mako
Proposed Guardian ad Litem

-3-
PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: May 3, 2022                    */s/ Hassan A. Zavareei*
                                       Hassan A. Zavareei