Edward W. Ciolko (*pro hac vice*)
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
eciolko@lcllp.com

*Counsel for Petitioner J.P. I*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ring LLC Privacy Litigation*<br><br>This document relates to:<br>*Politi v. Ring, LLC,* No. 2:20-cv-01034 | Case No. 2:19-cv-10899-MWF-RAO<br><br>**PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT** |

Petitioner states as follows:

1. Petitioner J.P. I is a minor born June 20, 2007.

2. Jennifer Politi is the parent of Petitioner J.P. I, and no previous petition for appointment of guardian ad litem has been filed in this matter.

3. Jennifer Politi is a competent and responsible person, and fully competent to act as guardian ad litem.

4. Petitioner and Defendant have reached a settlement in this matter. Petitioner agrees to the terms of the settlement agreement.

5. Out of an abundance of caution, the parties stipulate that having a guardian ad litem appointed to approve of and sign the settlement agreement is in the best interest of justice in bringing this matter to a full and final resolution.

6. Petitioner proposes Jennifer Politi, J.P. I's mother, be appointed as guardian ad litem for petitioner, as appears by her consent below. Jennifer Politi will act as a disinterested guardian ad litem for Petitioner, and is committed to representing the interests of Petitioner to the best of her ability.

7. John Politi is the father of J.P. I and the husband of Jennifer Politi. He agrees and consents to the appointment of Jennifer Politi as the guardian ad litem, as appears by his consent below.

WHEREFORE, Petitioner moves this Court for an order appointing Jennifer Politi as guardian ad litem for Petitioner for all settlement purposes including, but not limited to, approving and executing the settlement agreement and release in this matter.

Dated: May 3, 2022

/s/ Edward W. Ciolko
Edward W. Ciolko (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
eciolko@lcllp.com

Dated: May 3, 2022                /s/ Edward W. Ciolko
                                  Edward W. Ciolko (pro hac vice)
                                  LYNCH CARPENTER, LLP
                                  1133 Penn Avenue, 5th Floor
                                  Pittsburgh, PA 15222
                                  (412) 322-9243
                                  eciolko@lcllp.com


Dated: 5/3/22                     Jennifer Politi
                                  [signature]

Dated: 5/3/2022                   John Politi
                                  [signature]


☐

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: May 3, 2022                /s/ Edward W. Ciolko
                                  Edward W. Ciolko

-37-
PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: May 3, 2022     /s/ Edward W. Ciolko
                      Edward W. Ciolko