Francis J. "Casey" Flynn, Jr. (SBN 304712)
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, California 90036
Tele: (314) 662-2836
Email: *casey@lawofficeflynn.com*

*Counsel for Petitioner **S.S.***

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re Ring LLC Privacy Litigation*<br><br>This document relates to:<br><br>**MEGAN SKEUSE, as parent guardian of S.S., a minor** | Case No. 2:19-cv-10899-MWF-RAO<br><br>**PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT** |

Petitioner states as follows:

1.      Petitioner **S.S.**, is a minor born **AUGUST 7, 2016**.

2.      **MEGAN JOY SKEUSE** is the parent of Petitioner **S.S.** and no previous petition for appointment of guardian ad litem has been filed in this matter.

3.      **MEGAN JOY SKEUSE** is a competent and responsible person, and fully competent to act as guardian ad litem.

4.      Petitioner and Defendant have reached a settlement in this matter. Petitioner agrees to the terms of the settlement agreement.

5.      Out of an abundance of caution, the parties stipulate that having a guardian ad litem appointed to approve of and sign the settlement agreement is in the best interest of justice in bringing this matter to a full and final resolution.

6.      Petitioner proposes **MEGAN JOY SKEUSE**, **S.S.**'s mother, be appointed as guardian ad litem for petitioner, as appears by her consent below. **MEGAN JOY SKUESE** will act as a disinterested guardian ad litem for Petitioner, and is committed to representing the interests of Petitioner to the best of her ability.

7.      **SEAN SKEUSE** is the father of **S.S.** and the husband of **MEGAN JOY SKEUSE**. He agrees and consents to the appointment of **MEGAN JOY SKEUSE** as the guardian ad litem, as appears by his consent below.

WHEREFORE, Petitioner moves this Court for an order appointing **MEGAN JOY SKEUSE** as guardian ad litem for Petitioner for all settlement purposes including, but not limited to, approving and executing the settlement agreement and release in this matter.

Dated:  April 30, 2022            /s/ Francis J. "Casey" Flynn, Jr.
                                  Francis J. "Casey" Flynn, Jr. (SBN 304712)
                                  **LAW OFFICE OF FRANCIS J. FLYNN, JR.**
                                  6057 Metropolitan Plz.
                                  Los Angeles, California 90036

-2-
PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT

Tele: (314) 662-2836
Email: *casey@lawofficeflynn.com*

*Counsel for Petitioner **S.S.***

Dated: _04/30/2022_

*megan skeuse*

MEGAN JOY SKEUSE

Dated: _04/30/2022_

*Sean Skeuse*

SEAN SKEUSE

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on ___May 3, 2022_____, I caused to be filed the foregoing

3   document. This document is being filed electronically using the Court's electronic case

4   filing (ECF) system, which will automatically send a notice of electronic filing to the

5   email addresses of all counsel of record.

6   Dated: __May 3, 2022__               ___/s/ Francis J. "Casey" Flynn, Jr.___

7                                        Francis J. "Casey" Flynn, Jr.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT