Francis J. "Casey" Flynn, Jr. (SBN 304712)
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, California 90036
Tele: (314) 662-2836
Email: *casey@lawofficeflynn.com*

*Counsel for Petitioner T.S.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ring LLC Privacy Litigation*<br><br>This document relates to:<br><br>**MEGAN SKEUSE, as parent guardian of T.S., a minor** | Case No. 2:19-cv-10899-MWF-RAO<br><br>**PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT** |

Petitioner states as follows:

1. Petitioner **T.S.**, is a minor born **APRIL 5, 2013**.

2. **MEGAN JOY SKEUSE** is the parent of Petitioner **T.S.** and no previous petition for appointment of guardian ad litem has been filed in this matter.

3. **MEGAN JOY SKEUSE** is a competent and responsible person, and fully competent to act as guardian ad litem.

4. Petitioner and Defendant have reached a settlement in this matter. Petitioner agrees to the terms of the settlement agreement.

5. Out of an abundance of caution, the parties stipulate that having a guardian ad litem appointed to approve of and sign the settlement agreement is in the best interest of justice in bringing this matter to a full and final resolution.

6. Petitioner proposes **MEGAN JOY SKEUSE**, **T.S.**'s mother, be appointed as guardian ad litem for petitioner, as appears by her consent below. **MEGAN JOY SKUESE** will act as a disinterested guardian ad litem for Petitioner, and is committed to representing the interests of Petitioner to the best of her ability.

7. **SEAN SKEUSE** is the father of **T.S.** and the husband of **MEGAN JOY SKEUSE**.  He agrees and consents to the appointment of **MEGAN JOY SKEUSE** as the guardian ad litem, as appears by his consent below.

WHEREFORE, Petitioner moves this Court for an order appointing **MEGAN JOY SKEUSE** as guardian ad litem for Petitioner for all settlement purposes including, but not limited to, approving and executing the settlement agreement and release in this matter.

Dated: April 30, 2022        By: /s/ Francis J. "Casey" Flynn, Jr.
Francis J. "Casey" Flynn, Jr. (SBN 304712)
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, California 90036

Tele: (314) 662-2836
Email: *casey@lawofficeflynn.com*

*Counsel for Petitioner T.S.*

Dated: 04/30/2022

*megan skeuse*
MEGAN JOY SKEUSE

Dated: 04/30/2022

*Sean Skeuse*
SEAN SKEUSE

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: May 3, 2022                     /s/   Francis J. "Casey" Flynn, Jr.
                                       Francis J. "Casey" Flynn, Jr.