1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ring LLC Privacy Litigation* | Case No. 2:19-cv-10899-MWF-RAO |
| | **ORDER GRANTING PETITIONS FOR APPOINTMENT OF GUARDIANS AD LITEM FOR PURPOSES OF SETTLEMENT** (DOCKET NOS. 168 TO 178) |

13  The Court has reviewed the Petitions for Appointment of Guardian Ad Litem

14 for Purposes of Settlement ("Petitions"), filed May 3, 2022.  (Docket Nos. 168 to

15 178).  For good cause shown, the Court **GRANTS** the Petitions and **APPOINTS** the

16 Guardians ad Litem for all settlement purposes, including but not limited to,

17 approving and executing the settlement agreement and release in this matter:

18  1.  <u>Petition, Docket No. 168</u>:  The Court appoints **Jason Ball**, the father of

19 **Petitioner J.B.**, as Guardian Ad Litem.

20  2.  <u>Petition, Docket No. 169</u>:  The Court appoints **Ashley LeMay**, the

21 mother of **Petitioner A.L.**, as Guardian ad Litem.

22  3.  <u>Petition, Docket No. 170</u>:  The Court appoints **Angela Mako**, the mother

23 of **Petitioner M.M.**, as Guardian ad Litem.

24  4.  <u>Petition, Docket No. 171</u>:  The Court appoints **Corrina Tillman**, the

25 mother of **Petitioner C.T. I**, as Guardian ad Litem.

26  5.  <u>Petition, Docket No. 172</u>:  The Court appoints **Corrina Tillman**, the

27 mother of **Petitioner C.T. II**, as Guardian ad Litem.

28

6.      Petition, Docket No. 173:  The Court appoints **Jennifer Politi**, the mother of **Petitioner J.P. I**, as Guardian ad Litem.

7.      Petition, Docket No. 174:  The Court appoints **Jennifer Politi**, the mother of **Petitioner J.P. II**, as Guardian ad Litem.

8.      Petition, Docket No. 175:  The Court appoints **Megan Joy Skeuse**, the mother of **Petitioner S.S.**, as Guardian ad Litem.

9.      Petition, Docket No. 176:  The Court appoints **Megan Joy Skeuse**, the mother of **Petitioner T.S.**, as Guardian ad Litem.

10.     Petition, Docket No. 177:  The Court appoints **Lou Essie Mayora**, the mother of **Petitioner R.M.**, as Guardian ad Litem.

11.     Petition, Docket No. 178:  The Court appoints **Lou Essie Mayora**, the mother of **Petitioner A.M.**, as Guardian ad Litem.

IT IS SO ORDERED.

Dated:  May 4, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge