UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: RING LLC PRIVACY LITIGATION,
_____

A. L.; et al.,

          Plaintiffs-Appellees,

 v.

RING LLC,

          Defendant-Appellant.

No.   21-55872

D.C. No. 2:19-cv-10899-MWF-RAO
Central District of California,
Los Angeles

ORDER

The parties' joint motion (Docket Entry No. 27) to stay appellate proceedings pending settlement is granted in part. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until August 1, 2022. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

Appellees' motion (Docket Entry No. 28) for an extension of time to file the answering brief is denied as unnecessary.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

5/23/2022/Pro Mo