Daniel S. Robinson (SBN 244245)
Michael Olson (SBN 312857)
Wesley K. Polischuk (SBN 254121)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
drobinson@robinsonfirm.com
molson@robinsonfirm.com
wpolischuk@robinsonfirm.com

Hassan A. Zavareei (SBN 181547)
Dia Rasinariu (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com

*Attorneys for Angela Mako, as*
*Guardian Ad Litem of M.M., a minor*

Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Joseph A. Reiter (SBN 294976)
jreiter@hueston.com
Ashley M. Artmann (SBN 319374)
aartmann@hueston.com
Joseph W. Crusham (SBN 324764)
jcrusham@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898

*Attorneys for Defendant Ring LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*In re Ring LLC Privacy Litigation*

This document relates to:

**Angela Mako, as Guardian Ad Litem of M.M., a minor.**

Case No. 2:19-cv-10899-MWF-RAO

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF M.M. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WITH PREJUDICE

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of all claims brought by Angela Mako, as Guardian Ad Litem of Plaintiff M.M., in this action against all defendants with prejudice, each party to bear its own costs.

Dated: August 1, 2022                              */s/ Moez M. Kaba*

Moez M. Kaba (SBN 257456)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340; Fax: (888) 775-0898
mkaba@hueston.com

*Attorneys for Defendant Ring LLC*

Dated: July 13, 2022                               */s/ Hassan A. Zavareei*
Hassan A. Zavareei (SBN 181547)
Dia Rasinariu (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
(202) 973-0900; Fax (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com

Daniel S. Robinson (SBN 244245)
Michael Olson (SBN 312857)
Wesley K. Polischuk (SBN 254121)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
drobinson@robinsonfirm.com
molson@robinsonfirm.com
wpolischuk@robinsonfirm.com

*Attorneys for Plaintiff*

## <u>ATTESTATION OF FILER</u>

Pursuant to Local Rule 5-4.3.4, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 1, 2022                         */s/ Moez M. Kaba*

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WITH PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: August 1, 2022                    */s/ Moez M. Kaba*

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WITH PREJUDICE