Moez M. Kaba (SBN 257456)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Tele: (213) 788-4340
Fax: (888) 775-0898
mkaba@hueston.com

Attorneys for **DEFENDANT RING LLC**

Francis J. "Casey" Flynn, Jr. (SBN 304712)
LAW OFFICE OF FRANCIS J. FLYNN, JR.
6057 Metropolitan Plz.
Los Angeles, California 90036
Tele: (314) 662-2836
Email: casey@lawofficeflynn.com

Attorneys for *MEGAN JOY SKEUSE, as Guardian Ad Litem of S.S., a minor*.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| *In re Ring LLC Privacy Litigation* | Case No. 2:19-CV-10899-MWF-RAO |
|---|---|
| | **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF MEGAN JOY SKEUSE, as Guardian Ad Litem of S.S., a minor, WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| This document relates to:<br><br>**MEGAN JOY SKEUSE**, as Guardian Ad Litem of **S.S., a minor** | |

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WITH PREJUDICE

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of all claims brought by Plaintiff **MEGAN JOY SKEUSE**, **as Guardian Ad Litem of S.S., a minor** in this action against all defendants with prejudice, each party to bear its own costs.

Dated: August 1, 2022                    */s/Moez M. Kaba*
                                         Moez M. Kaba (SBN 257456)
                                         HUESTON HENNIGAN LLP
                                         523 West 6th Street, Suite 400
                                         Los Angeles, CA 90014
                                         (213) 788-4340; Fax: (888) 775-0898
                                         mkaba@hueston.com

                                         *Attorneys for Defendant Ring LLC*

Dated: July 12, 2022                     */s/ Francis J. "Casey" Flynn, Jr.*
                                         Francis J. "Casey" Flynn, Jr. (SBN 304712)
                                         LAW OFFICE OF FRANCIS J. FLYNN, JR.
                                         6057 Metropolitan Plz.
                                         Los Angeles, California 90036
                                         Tele: (314) 662-2836
                                         Email: casey@lawofficeflynn.com

                                         *Attorneys for Plaintiff*

## <u>ATTESTATION OF FILER</u>

Pursuant to Local Rule 5-4.3.4, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 1, 2022                    */s/Moez M. Kaba*
                                         Moez M. Kaba

- 1 -
STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.


Dated: August 1, 2022                    */s/Moez M. Kaba*
                                          Moez M. Kaba

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WITH PREJUDICE