1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  IN RE RING LLC PRIVACY
    LITIGATION.
12

13

14

15

16

17  This Document relates to All Actions.

18

No.: 2:19-cv-10899-MWF (RAOx)

**ORDER GRANTING JOINT
STIPULATION PURSUANT TO
PRELIMINARY APPROVAL
ORDER (ECF NO. 271) RE: FINAL
APPROVAL HEARING AND
RELATED DEADLINES**

Hon. Michael W. Fitzgerald, presiding

19
20
21
22
23
24
25
26
27
28

Before the Court is the Parties' Joint Stipulation Pursuant to Preliminary Approval Order (ECF No. 271) re: Final Approval Hearing and Related Deadlines.

This Court, having considered the Joint Stipulation, and good cause appearing therefor, hereby **GRANTS** the Joint Stipulation.

Accordingly, the following schedule **IS HEREBY ORDERED**:

| Event | Date |
|---|---|
| Deadline for Plaintiffs' motion for attorney fees, expenses, and Plaintiff service awards | March 4, 2024 |
| Deadline for Plaintiffs' motion for final approval of class action settlement | March 4, 2024 |
| Objection deadline | March 11, 2024 |
| Final approval hearing | April 1, 2024 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated:  January 5, 2024    _____
                                                   MICHAEL W. FITZGERALD
                                                   United States District Judge

ORDER RE: FINAL APPROVAL DATES PER ECF NO. 271
No. 2:19-cv-10899-MWF(RAOx)